**Order entered November 30, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00991-CV

## PATRICK DAUGHERTY, Appellant

## V.

## SCOTT BYRON ELLINGTON, Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-00304**

## ORDER

Before the Court is appellee's November 29, 2022 first unopposed motion for a twenty-nine day extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than January 6, 2023.

/s/    KEN MOLBERG
       JUSTICE